UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Alta Gracia Moreta, et al

      v.                           Civil No. 17-cv-200-PB

Godoy Hermos

O R D E R

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated September 5, 2017. For reasons explained in the Report and Recommendation, this case is dismissed without prejudice for failure to prosecute. "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive

the right to appeal).

    SO ORDERED.

                                              /s/ Paul Barbadoro_____
                                              Paul Barbadoro
                                              United States District Court

Date: September 20, 2017

cc:   Alta Gracia Moreta, pro se
      Jose Moreta, pro se
      Godoy Hermos, pro se